# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JAMES A. CLEMENTS; and JASON CLEMENTS,

*Plaintiff*

v.

CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; and COURT OF THE CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2019

SEAN F. McAVOY, CLERK

Civil Action No. 2:19-CV-201-RMP

## JUDGMENT OF DISMISSAL

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss (ECF No. 8) is GRANTED.
This matter is dismissed without prejudice, and without costs or fees for any party, for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion to Dismiss (ECF No. 8)

Date: 11/15/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates